UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-CR-00149(ABJ) |
| v. | : | |
| QUARTEZ VENEY, | : | **FILED** |
| Defendant. | : | JUL - 3 2018 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

STATEMENT OF OFFENSE

A.   ELEMENTS OF OFFENSE

The parties in this case, the United States of America and the defendant, QUARTEZ VENEY, stipulate and agree that the following constitute the elements of the offense of Escape from Custody, in violation of 18 U.S.C. Section 751(a), that occurred on or about April 10, 2018, within the District of Columbia:

Escape from Custody

The essential elements of the offense of escape from custody are:

1. That QUARTEZ VENEY was in the custody of, or confined at the direction of, the Attorney General;

2. That such custody was due to being convicted of an offense; and

3. That QUARTEZ VENEY knowingly and intentionally left and failed to return to such custody, and without authorization to do so.

B.   FACTS

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the defendant's



QV    7-3-18

plea of guilty. The United States and the defendant, QUARTEZ VENEY, agree and stipulate as follows:

1.Pursuant to his conviction for Possession with Intent to Distribute Cocaine in 2016-CF2-008465, in the Superior Court for the District of Columbia, and upon revocation of his probation in that matter, VENEY on or about May 8, 2017, was sentenced to a term of 16 months of incarceration, with three years of supervised release, with credit for time served. As a consequence of that judgment, he was committed to the custody of the Bureau of Prisons at the direction of the Attorney General.

2.Pursuant to that sentence, on or about March 14, 2018, and at the continued direction of the Attorney General and the Bureau of Prisons, VENEY was remanded to the custody of the Hope Village Residential Reentry Center, 2840 Langston Place SE, Washington D.C., where he was expected to be released into the community on or about June 7, 2018.

3.On April 10, 2018, VENEY was granted temporary leave from the facility at approximately 8:27 a.m., and he left the facility. At the time he left the facility, he was under instructions to return by 1:00 p.m. that same day, and he was not authorized to remain away for any longer period of time.

4.VENEY failed to return to the facility on April 10, 2018, by 1:00 p.m., and that failure was knowing and intentional.

5.Subsequently, VENEY was stopped by police on May 28, 2018, in the 2800 block

qV 7-3-18

of Blaine Street SE, Washington, D.C.  At that time, the warrant for his arrest for his escape from Hope Village was executed.

                                                Respectfully submitted,

                                                JESSIE K. LIU
                                                United States Attorney
                                                D.C. Bar No. 472845

                                                _____
                                                STEPHEN J. GRIPKEY
                                                Assistant United States Attorney
                                                D.C. Bar No. 445410
                                                555 4th Street, NW, Room 4217
                                                Washington, DC 20530
                                                (202) 252-7237; fax: 202-616-2296
                                                Stephen.Gripkey@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Mary Manning Petras, AFPD. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 7-3-18

QUARTEZ VENEY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 7-3-18

Mary Manning Petras, AFPD
Attorney for the Defendant

QV 7-3-18